UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LAMONT WOODS,<br><br>                     Petitioner,<br><br>          v.<br><br>DERRAL ADAMS,<br><br>                     Respondent. | CASE NO. CV 09-7852-CBM (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order issued this day,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

DATED: ~~January~~ Feb /, 2010.


_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-CLOSED\Closed-State Habeas\WOODS\Ord_dismiss_successive pet_Judgmt.wpd